IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

McCOURTNEY LEDAVIS MONGHAN, :

    Petitioner, :

                           CIVIL ACTION 09-0750-WS-M

v. :

                           CRIMINAL ACTION 08-00152-WS-M

UNITED STATES OF AMERICA, :

    Respondent. :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Petitioner's Motion to Vacate (Doc. 43) be **DENIED** and that this action be **DISMISSED**. It is further **ORDERED** that Petitioner is not entitled to a certificate of appealability and, therefore, not entitled to appeal *in forma pauperis*.

DONE this 13th day of October, 2011.

                                           s/WILLIAM H. STEELE
                                           CHIEF UNITED STATES DISTRICT JUDGE